D. S. Rochlan, appellee, v. Sam Cohen et al., trading as Sam Cohen & Sons, appellants.  Gen. No. 27,783.

Assumpsit upon a promissory note brought by an indorsee.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1922.  Affirmed.  Opinion filed December 5, 1922.

Kamfner & Halligan, for appellants.  Bradburn & Masover, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Isaac Gittler, appellee, v. D. Weld and L. Levy, trading as Weld and Levy, and Charles Spiner, appellants.  Gen. No. 27,804.

Action of forcible detainer for possession of a store.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1922.  Affirmed.  Opinion filed December 5, 1922.  Rehearing denied December 18, 1922.

Nichols & Nelson, for appellants.  Kaplan & Kaplan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles Fitzmorris, plaintiff in error.  Gen. No. 27,494.

Contempt proceedings for remarks made by the chief of police of Chicago concerning proceedings pending in court.  Judgment of guilty.  Error to the Criminal Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard in this court at the March term, 1922.  Reversed.  Opinion filed December 11, 1922.

Winston, Strawn & Shaw and James W. Breen, for plaintiff in error; Edward W. Everett and Edward G. Ince, of counsel.  Robert E. Crowe, for defendant in error; Clarence S. Darrow and George W. Miller, amici curiæ.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Minna Weber, appellee, v. Louis Solomon, appellant.  Gen. No. 27,557.

Action for the purchase price of a fur coat bought from defendant and found to be defective.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding.  Heard in this court at the March term, 1922.  Affirmed.  Opinion filed December 11, 1922.

Levinson & Hoffman, for appellant; Douglas C. Gregg, of counsel.  Newman, Poppenhusen, Stern & Johnston, for appellee; Lawrence A. Cohen and Henry Jackson Darby, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.